UNITED STATES DISTRICT COURT

DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
(Prisoner Complaint Form)

## 1. CAPTION OF ACTION

**A. Full Name and Prisoner Number of Plaintiff:** **NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status,* **each** *plaintiff must submit an in forma pauperis application. The only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

Henry ADAMS JR. OSA 0597

-vs-

**B. Full Name(s) of Defendant(s)** **NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.*

1. G.J. Kadien
2. Ronald Greco MD
3. L. McNamara
4. Brian Fischer
5. Edgar Banesil MD
6. Karen Bellamy

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. §1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

Name and Prisoner Number of Plaintiff: _Henry Adams Jr._

Present Place of Confinement & Address: _Gowanda Correctional Facility_
_P.o. Box 311_
_Gowanda, N.Y 14070-0311_

## DEFENDANT'S INFORMATION  NOTE:  *To list additional defendants, use this format on another sheet of paper.*

Name of Defendant: _G.J. Kadien_

(If applicable) Official Position of Defendant: _Superintendent_

(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity

Address of Defendant: _Gowanda Correctional Facility_
_P.o. Box 311   Gowanda N.Y 14070-0311_

Name of Defendant: _L. Mc Namara_

(If applicable) Official Position of Defendant: _Deputy Superintendent Programs_

(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity

Address of Defendant: _Gowanda Correctional Facility_
_P.o. Box 311  Gowanda N.Y 14070-0311_

Name of Defendant: _Edgar Bangsil_

(If applicable) Official Position of Defendant: _MD_

(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity

Address of Defendant: _Gowanda Correctional Facility_
_P.o. Box 311   Gowanda N.Y 14070-0311_

## 4.  PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

I)   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**   Yes _____   No __✓__

f Yes. complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as his action, use this format to describe the other action(s) on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Henry Adams 08A0597

Present Place of Confinement & Address: Gowanda Correctional Facility
P.O. Box 311   Gowanda N.Y.  14070 - 0311

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of Defendant: Ronald Grero

(If applicable) Official Position of Defendant: MD

(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity

Address of Defendant: Gowanda Correctional Facility
P.O. Box 311   Gowanda N.Y. 14070 - 0311

Name of Defendant: Brian Fischer

(If applicable) Official Position of Defendant: Commissioner

(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity

Address of Defendant: The Harriman State Campus Building 2
1220 Washington Ave.   Albany N.Y. 12226 - 2050

Name of Defendant: Karen Bellamy

(If applicable) Official Position of Defendant: Director, Inmate Grievance Program

(If applicable) Defendant is Sued in _____ Individual and/or __✓__ Official Capacity

Address of Defendant: The Harriman State Campus Building 2
1220 Washington Ave.   Albany N.Y. 12226 - 2050

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

1) Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**   Yes _____ No _✓_

If Yes. complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

Name(s) of the parties to this other lawsuit:

Plaintiff(s): _Henry Adams_

Defendant(s): _G.J. Kadien,  L. McNamara, Edgar Banesil,_
_Ronald Greco, Brian Fischer, Karen Bellamy._

Court (if federal court, name the district; if state court, name the county): _Western_
_United States District Court_

Docket or Index Number: _____

Name of Judge to whom case was assigned: _____

The approximate date the action was filed: _____

What was the disposition of the case?

• Is it still pending?  Yes_____  No_____

    • If not, give the approximate date it was resolved. _____

• Disposition (check the boxes which apply):

    ☐ Dismissed (check the box which indicates why it was dismissed):

        1.    By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ☐    By court for failure to exhaust administrative remedies;

        ☐    By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ☐    By court due to your voluntary withdrawal of claim;

    ☐ Judgment upon motion or after trial entered for

        ☐ plaintiff

        ☐ defendant.

Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes_____  No __✓__

Yes. complete the next section.  NOTE:  *If you have brought more than one other lawsuit dealing with* your imprisonment, use this same format to describe the other action(s) on another sheet of paper.

Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

    _____

2.  District Court: _Western united States District court_

3.  Docket Number: _____

4.  Name of District or Magistrate Judge to whom case was assigned: _____
    _____

5.  The approximate date the action was filed: _____

6.  What was the disposition of the case?

    • Is it still pending?  Yes_____  No_____

        • If not, give the approximate date it was resolved. _____

    • Disposition (check the boxes which apply):

        ☐ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        A.  By court *sua sponte* as frivolous, malicious or for failing to
            state a claim upon which relief can be granted;

        ☐   By court for failure to exhaust administrative remedies;

        ☐   By court for failure to prosecute, pay filing fee or otherwise
            respond to a court order;

        ☐   By court due to your voluntary withdrawal of claim;

        ☐ <u>Judgment</u> upon motion or after trial entered for

            ☐ plaintiff

            ☐ defendant.

---

## 5.  STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983.  (This list does not include **all** possible claims.)

Religion
Free Speech
Due Process
Equal Protection

• Access to the Courts
• False Arrest
• Excessive Force
• Failure to Protect

• Search & Seizure
• Malicious Prosecution
• Denial of Medical Treatment
• Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial,

allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim . . . Shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

---

<u>A. **FIRST CLAIM:**</u>    On (date of the incident) 3 | 21 | 08

defendant (give the **name and position held** of **each defendant** involved in this incident) G.J. Kadien Superintendent,    Dr. Ronald Greco ~ doctor    D.S.P    MC NAMATA,    Brian Fischer commissioner    Dr. Bangspi, ~ doctor    Karen Bellamy, Director, I.G.P

did the following to me (briefly state what each defendant named above did): I the plantiff with a serious medical disability have a left prostectic leg amputated below the knee, which drains regularly with long medal rods in my left leg as well as my right leg, even more so along with extreme constant pain caused extremely by me being forced to climb 7 flights of stairs Dayly even more so along I go up 3 flights of stairs Dayly to get to school. Dr. Greco stated to me First time seeing and meeting him my health condition is not serious, do to me asking him to be transfered to a medical flat facility. He then stated to me here take this cane it will help you while taking a shower 3 times I fell in the shower and was forced to go to sick call and request a visit to see

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Americans with Disabilities Act. disability discrimination ADA II

The relief I am seeking for this claim is (briefly state the relief sought): 500,000 Cootie cutter, medical flat facility

## Exhaustion of Administrative Remedies

According to **42 U.S.C. § 1997e (a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim:        Yes ✓    No_____

if your answer is yes, state the result: _denied_

Did you appeal that decision:    Yes__✓__ No_____

If your answer is yes, state the result: _denied_

> *Attach any documents which indicate that you have exhausted your administrative remedies regarding this claim.*

If your answer is no, state why you did not:_____

_____

**B.   SECOND CLAIM:**   On (date of the incident) _3/21/08_

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

G.J. Kadien Superintendent            D.R. Ronald Greco - doctor

D.S.P. Mc Namara                      Brian Fischer commissioner

Dr Banosi                             Karen Bellamy, Director, I.G.P.

id the following to me (briefly state what each defendant named above did): _Dr. Greco (exhibit A_
in my request for reasonable Accommodation unhandicap showers) when I did see
Dr Greco I had explain to him what happened to me falling 3 times in shower
using a cane with no support while taking a shower. He then stated to me there
is nothing he could do but give me a permit for a plastic non medical chair
in which the plastic chair slid from under me numerous times do to shower floors
being slippery with no shower mats in shower area. I do not have Access to a
wheel chair or elevator or flat facility every time I go to commissary or package room
visiting room E.t.c. ~~ect~~ I am in constant pain every day do to the going up and down
stairs and walking great distances. Also my prosthetic leg is to big for my amputation

he constitutional basis for this claim under 42 U.S.C. § 1983 is: ~~ect~~ ~~the medical flat facility~~ disabilities act. disability discrimination
Americans with ~~~~ disabilities act.

he relief I am seeking for this claim is (briefly state the relief sought): _500,000_
Cookie cutter, medical flat facility.

below the knee do to going up And down Stairs, working great distances, and weight lift. I need new material for my amputation below the knee, I need a new prostectic leg Rebuilded All material and prostectic leg is not good and very much worne out And even the 2½ inch Screw that is Attached to cushion liner is stripped in And out when it goes into my Prostectic leg. Gowanda Correctional Facility cannot Accommodate my serious medical needs And there for my eight Amendent Right Act cruel unusual punishment is being violated due to the Federal disabilities Act Law. which As to All defendants, I stated these same reasons And ~~said most important~~ Facts of my Reasonable Accommodation And was denied. Also I want to state in to Records ~~other~~ 3, 21/08 I was on 5th Floor, then was down to 4th Floor, ~~then got taken~~ Then was moved up to 6th Floor, also to add in to records you have to go up ~~the~~ 1 flight of stairs in which starts the 1 Floor. I did not get moved to 2st floor until 8/21/08 5 months later, 11/5/08 went to Sick call to Request ~~to be get~~ Crutchers, do to my Left ~~ankle~~ Prostectic leg And material for ~~the~~ Left leg is not in working conditions. Also to Request refills of pain medication (Naproxen 500 MG TAB twice a Day.) Also 2614 Reasonable Accommodation ~~states~~ for inmates with disabilities Directive, States Reasonable Accommodation should be Acted upon within 10 Days or less. (exhibit B Failure to Answer Reasonable Accommodation in timely matter.)

I Have Been waiting 6 months to get A new prostectic leg ~~frame~~ made and As of this time I am still waiting.

@ Sincerely yours
Henry adams Jr.

ON 11/10/08 I Started A New program called
-Awns And grounds, which consist of cleaning
around Entire FAcility, which consist of WALking
ur hour's, bending, pushing garbage carts, E.T.C.
Also on 11/10/08 I went to Sick CAll Again to request
pain medication, crutcher's, And medical limitation form
As of 11/12/08 I Still have not recieved any medical
Attention.

## Exhaustion of Administrative Remedies

According to **42 U.S.C. § 1997e (a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim:    Yes ___✓___    No _____

If your answer is yes, state the result: _denied_____

Did you appeal that decision:    Yes ___✓___    No _____

If your answer is yes, state the result: ___denied_____

*Attach any documents which indicate that you have exhausted your administrative remedies regarding this claim.*

If your answer is no, state why you did not: _____

_____

_____

If you have additional claims, use the above format to set them out on additional sheets of paper.

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_Money For Pain And Suffering 500,000_____

_Cookie cutter_____

_Medical Flat Facility_____

_____

Do you want a jury trial?    Yes ___✓___    No _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/10/08_____
                              (date)

NOTE:  **Each** plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

_Henry adams Jr._____

_____

Signature(s) of Plaintiff(s)

UNITED STATES DISTRICT COURT                    Revised 03/06 WDNY
WESTERN DISTRICT OF NEW YORK

## IMPORTANT FEE INFORMATION

If you do not have sufficient funds to pay the full filing fee of $350.00, you may request permission to proceed *in forma pauperis* under 28 U.S.C. § 1915. Because you are incarcerated, the statute requires you to pay the filing fee, but it permits you to pay it in installments over time. You may file your case without paying for the filing fee at the time of filing by sending to the Court with your complaint a fully-completed and signed Request to Proceed *in Forma Pauperis* and a signed Authorization form by which you authorize your Correctional Facility to remove the statutory amounts from your inmate account over time. When your case is opened, the Court will send a copy of your Authorization to your Correctional Facility, which will then begin collecting the fee by removing from your inmate account an initial partial filing fee of 20 percent of the greater of:

1)      the average monthly deposits to your prison account for the past six months; or

2)      the average monthly balance in your prison account for the prior six month period.

Thereafter, your Correctional Facility will take payments from your account pursuant to statute until the entire filing fee is paid. *See* 28 U.S.C. § 1915(b) for the calculations applicable to this fee deduction from your account.

> *CAUTION*: YOUR OBLIGATION TO PAY THE
> FILING FEE CONTINUES <u>UNTIL</u> YOUR FILING
> FEE IS PAID, <u>EVEN</u> IF YOUR COMPLAINT HAS
> ALREADY BEEN DISMISSED BY THE COURT.

To obtain *in forma pauperis* status, you **must**:

1)      Fill out a Motion to Proceed *In Forma Pauperis* form. You must respond to all of the questions, and have the appropriate prison official fill out and sign the Prison Certification Section..

2)      Fill out and sign the attached Authorization form by which you authorize the institution in which you are incarcerated to provide the court with a certified copy of your trust fund account statement for the six month period immediately preceding the filing of the complaint, and to calculate and pay the filing fee as directed by the statute.

3)      Return both the completed Motion to Proceed *In Forma Pauperis* and completed Authorization form to the Clerk of the Court, United States District Court for the Western District of New York.

## 28 U.S.C. § 1915(g) Strike Information

**If you have three or more prior cases or appeals dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted (such dismissals are called "strikes"), you must pay the filing fee in full before another complaint or appeal will be accepted for filing, unless you are in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).**

Revised 05/01 WDNY

# AUTHORIZATION

### PRISONER'S CIVIL ACTION FILING FEE
### WESTERN DISTRICT OF NEW YORK

I, (print name) _Henry Adams_____, request and
authorize the agency holding me in custody, to send to the Clerk of the United States District
Court, Western District of New York, a certified copy of the statement for the past six months
of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse
funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C.
§ 1915 (b), to deduct those amounts from my prison trust account (or institutional equivalent),
and to disburse those amounts from my account to the United States District Court for the
Western District of New York.

> *This Authorization shall apply to any other agency into whose custody I may be
> transferred, and to any other district court to which my case may be transferred
> and by which my poor person application may be decided.*

This Authorization is furnished in connection with the commencement of a federal court civil
action, and I understand that I must pay the total amount of the filing fee, which is **$350.00**.

**I understand that by signing this authorization, the entire filing fee of
$350.00 will be paid to the court in installments by automatic deductions
from my prison trust fund account <u>even if my case is dismissed before the
entire amount of the fee has been deducted from my account.</u>**

Dated: _11/10_____, 20_08_

_Henry adams Jr._____
Signature of prisoner

_Henry Adams JR._____
Printed name of prisoner

_08A0597_____
Inmate number of prisoner

"301 RLB

NO. 2614   Reasonable Accommodations for Inmates with Disabilities

GOWANDA CORRECTIONAL FACILITY

DATE   APR 14 2004   PAGE 5 OF 5

JUL 28 2008

EXECUTIVE OFFICES

Attachment B (02/04)        STATE OF NEW YORK · DEPARTMENT OF CORRECTIONAL SERVICES

COPY LOCALLY
AS NEEDED

# REQUEST FOR REASONABLE ACCOMMODATION

_Gowanda_ Correctional Facility

| Inmate's Name | DIN# | Date |
|---|---|---|
| Henry Adams | 08A0597 | 7/27/08 |

**INMATE'S REQUEST**

I request reasonable accommodation to participate in the following program and/or service:

I am limited in my ability to (explain disability or limitation): _WALK A NORMAL PACE, go up And down Stairs, unhandicap showers,_

The accommodation requested is: _to go to A F/At (handicap) Facility._

(Sign and forward to the Deputy Superintendent for Program Services)   _Henry adams_
Inmate's Signature

**REC'D BY DSP**

_____ (DSP Name)      _____ (Signature)      _____ Date

**MEDICAL VERIFICATION**

Disability _Left leg below knee amputation_

Functional limitations _Requires cane for support in shower_

No medical verification is on file. Follow-up appointment scheduled? ☑ yes ☐ no

Date inmate notified of pending medical evaluation/consult: _____

X _Ronald Grey, MD_      _Ronald Grey_ (Signature)      8/21/08
(Medical staff name - title)

**REASONABLE ACCOM. DETERMINATION**

The above requested reasonable accommodation has been: ☐ Approved ☐ Modified ☑ Denied

The specific accommodations approved are: _____

Explanation of modification or denial: _Medical limitations can be managed at this facility._

_Henry adams_      _McNamara DSP_      (8/21/08)
(Inmate's Signature)   (DSP or designee signature)   Date

**INMATE RECEIPT**

☐ I agree   ☑ I disagree   with this determination.

I understand my right to file a grievance in accordance with Directive #4040, "Inmate Grievance Program"

Signature _Henry adams_   Date 8/25/08

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
## INMATE GRIEVANCE COMPLAINT

FORM 2131E (REV. 6/06)

Grievance No.

GWD-10516-08

PG. 1

Gowandor Correctional Facility          CORRECTIONAL FACILITY

Date August 18, 2008

Name Henry Adams  DIN# 08A0597    Dept.No. 08A0597  Housing Unit B-8-6-A3B BNI-KII

Program Porter          AM School          PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident) **

Description of Problem: (Please make as brief as possible) This is an ongoing problem" I am a person with a serious medical Disability. I have a prostetic Leg" which Drains regularly an even more so along with extream constant pain caused extualy by ME being Forced to climb on extream amount of stairs Dayly. I have brought these Issues to medical Attn: as well as Mrs. Samock my counsalar an wasn't anything Done. I am supose to be in a Flat Facility, which this Facility is not, Even First Floor housing can only be reached by climbing climb stair ect, to reach, that's not a First Floor this treatment is cruel an unusual punishment, violating my Eighth Amendent right ect. this Facility is based

Grievant Signature _Henry adams_

Grievance Clerk _Jerry Robinson 06R0717_    Date: _8.22.08_

Advisor Requested  [✓] YES  [ ] NO    Who: _Grievance Clerk, all chair persons._

Action requested by inmate: _To be transferd with out Further delay._

_____

_____

This Grievance has been informally resolved as follows:
_Grievant will not sign off on this grievance._

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

PAGe 2 of 1
completed.

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

FORM 2131E (REV. 6/06)

**INMATE GRIEVANCE COMPLAINT**

Grievance No.
GWD-10516-08
PG.2

Gowanda correctional Facility _____ CORRECTIONAL FACILITY

Date 8-36

Name Henry Adams  DIN# 08A0597  Dept.No. 08A0597  Housing Unit August 18, 2008

Program Porter  AM  school  PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) on a SEX offenders program, which I AM NOT
Also D.W.I. which I AM NOT Neather a offender of this facility main concern isn't medical Attn:
My Medical Needs an housing in a Flat facility need to be professional treated. I am suffering
From Extreme extra pain Du to the amount of pressure I in forced to place on my legs By
Even walking to medical is Extremely long and Painful, I am not able to enjoy outdoor Recreation
because of the Distance to the Rec yard. I have Filed with this facility For proper medical accomoda-
it's 3 week I recived no reply, which should have been within 5 working days. -End.

Grievant
Signature *Henry adams*

Grievance Clerk *Jerry Robinson 0820712*  Date: 8/22/08

Advisor Requested ☑ YES ☐ NO  Who: *Grievance clerk, all chairpersons.*

Action requested by inmate: *To be transfered to a medical Flat Facility, with out Further delay.*
*Grievant will not sign off on this grievance.*

_____

This Grievance has been informally resolved as follows:

_____
_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____  Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (REVERSE) (REV. 6/06)

**Response of IGRC:**

    I.G.R.C. votes to deny this grievance. The inmates request was fowarded to Dr. Bangsil for review. IGRC also notes that inmate was moved to a first floor unit, and a first floor housing permit will be issued.

_accommodation_

Date Returned to Inmate ___9/4/08___    IGRC Members _____

Chairperson ___L. Janisk, IGP SUPV.___    _____ C.O.

    _____ 0743565

    _____ 0782983

Return within 7 calendar days and check appropriate boxes.*

☐   I disagree with IGRC response and wish to appeal to the Superintendent.

☐   I have reviewed deadlocked responses. Pass-Thru to Superintendent

☐   I agree with the IGRC response and wish to appeal to the Superintendent.

☐   I apply to the IGP Supervisor for review of dismissal

Signed _____    _____
                      Grievant                       Date

     _____    _____
         Grievance Clerk's Receipt            Date

---

_To be completed by Grievance Clerk._

Grievance Appealed to the Superintendent _____
                                      Date

Grievance forwarded to the Superintendent for action _____
                                           Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2133 (REV. 6/06)

| | | GRIEVANCE NO.<br>GWD-10516-08 | DATE FILED<br>8/22/08 |
|---|---|---|---|
| STATE OF NEW YORK<br>DEPARTMENT OF<br>CORRECTIONAL SERVICES | | FACILITY<br>**GOWANDA CORRECTIONAL FACILITY** | POLICY DESIGNATION<br>Institutional |
| **INMATE GRIEVANCE PROGRAM** | | TITLE OF GRIEVANCE<br>ADA, transfer to flat facility | CLASS CODE<br>22 |
| **SUPERINTENDENT** | | SUPERINTENDENT'S SIGNATURE | DATE<br>9/11/08 |
| Grievant<br>Adams, Henry | | DIN<br>08A0597 | Housing Unit<br>BN-01-K1B |

The grievant complained that his expressed desire for transfer to a flat facility via a request for reasonable accommodation was improperly not approved.

The nurse administrator stated that the inmate was relocated to a first floor housing unit, and that the grievant was issued a medical permit which indicated that he may be housed only on a first floor dorm. Since the doctor noted that the inmate's functional limitations consisted solely on his utilization of a cane or chair in the shower, the Deputy Superintendent of Programs correctly determined that the grievant's medical limitations can be managed at this facility.

Based on the investigation and responses the grievance is denied. The inmate is advised that the reasonable accommodation request for his transfer to a flat facility was appropriately rejected.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk.  You have seven (7) calendar days from receipt of this notice to file your appeal.*  Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

_____     _____
GRIEVANT'S SIGNATURE                                          DATE

_____     _____
GRIEVANCE CLERK'S SIGNATURE                             DATE



STATE OF NEW YORK

DEPARTMENT OF CORRECTIONAL SERVICES

THE HARRIMAN STATE CAMPUS - BUILDING 2

1220 WASHINGTON AVENUE

ALBANY, N.Y. 12226-2050

BRIAN FISCHER
COMMISSIONER

### MEMORANDUM

FROM:    Karen Bellamy, Director, Inmate Grievance Program

SUBJ:    Receipt of Appeal

```
H ADAMS          08A0597      Date 10/07/2008
**GOWANDA CF**
     Your grievance GWD-10516-08 entitled
     ADA, Transfer To Flat Facility
     was rec'd by CORC on 09/22/2008
```

*BNI-KIB*

GOWANDA CORRECTIONAL FACILITY

OCT 1 4 2008

INMATE GRIEVANCE



-------------------------------------------------------------------------------

A disposition will be sent to you after the grievance is reviewed by CORC.

*ADAMS,H;08A0577,DNI-KIB*



| | | Grievance Number | Desig./Code | Date Filed |
|---|---|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES | | GWD-10516-08 | I/22 | 8/22/08 |
| | | Facility Gowanda Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | | Title of Grievance ADA, Transfer To Flat Facility | | |
| | | Director's Signature *Lindquist, Asst* | | Date 10/15/08 |

10/15/08

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED

Upon full hearing of the facts and circumstances in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is hereby denied. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that there was a delay in completing grievant's request for Reasonable Accommodations as it was inadvertently misfiled. CORC notes that this was an isolated incident and no malice by staff is noted.

With respect to the grievant's appeal, CORC notes that there is no indication to transfer the grievant, however, he should address such concerns to his assigned Correction Counselor. CORC further advises the grievant to address any concerns regarding pain at sick call.

SE/

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

GOWANDA CORRECTIONAL FACILITY

OCT 2 1 2008

INMATE GRIEVANCE



GW026 (12/94)

# GOWANDA CORRECTIONAL FACILITY
## HEALTH SERVICES UNIT
## MEDICAL LIMITATIONS

**TO:**     PROGRAM COMMITTEE

**FROM:**   Health Services Unit

**DATE:**   3/21/08

**RE:**     **INMATE LIMITATIONS**

The following inmate has limitations as follows:

**NAME:** ADAMS, HENRY     **DIN#:** 08 A0597     **HOUSING UNIT:** B5 5G3B

_____ None

_____ Temporarily Not Eligible to be employed as a Food Handler

_____ Not Eligible to be employed as a Food Handler

_____ No Lifting

_____ No Pushing                    _____ No Exposure to dust, paint, & other
                                         Respiratory irritants

_____ No Pulling                    _____ No Strenuous Labor

_____ No Bending

_____ No Reaching

_____ No Climbing Stairs/Ladders

_____ No Standing for Long Periods of Time

_____ No Working Around Machines

_____ No Recreation

_____ No Working in Water     NO SPORTS / NO WEIGHTLIFTING   MAY WALK IN YARD

__X__ Other: DRAFT PROPERTY/BEDDING TO DORM   IX ON ELEVATOR 3/21/08
        LOWEST HOUSING AVAILABLE AT SECURITY DISCRETION   AS SECURITY WARRANTS
                                    UNTIL SEEN BY DOCTOR

Restrictions Begin: 3/21/08

Restrictions End: 3/24/08

CC:  Medical Record
     Inmate Copy

     Program C.O.                                          M IAMOROULI LN
     Housing Unit                                          _____
                                                           Physician/Nurse

GOWANDA CORRECTIONAL FACILITY

## PERMIT FOR SPECIAL HEALTH ITEMS

NAME: ADAMS, HENRY          DIN: 08A0597      LOC: B-5 G3B

The following item has been issued for health/medical reasons.

ITEM: ① BKA prosthesis, sleeve + sock

ALPHA ORIGINAL (uniform (Brand) SZ Large.

also: Danison
Rubber sleeve
≈ 12 inches

Instructions for special use: ① leg, below knee amputation ē prosteteč

ī sleeve ē metal screw ≈ 3 inches long

This item: LOWEST HOUSING FLOOR AVAIL UNTIL SEEN BY MD.

☑ Is for inmate use until (date) 3/21/08 when the inmate is to return the item to the Health Services Unit.

☐ Is for inmate's use as long as inmate remains in this facility; the item is to be returned to the Health Services Unit on the inmates departure by the pack up Officer.

☐ Is for inmate use as long as he remains in this facility; Maintenance should be notified of the inmates departure by the Housing Unit Officer.

☒ Is now a part of the inmates property and should leave the facility with the inmate.

ABOVE ITEM'S ITEM IS PROPERTY

_____ M. AMBROSOU 3/21/08
Signature of Health Provider          Date

Approved by: _____
Deputy Supt. of Security          Date

cc:   Inmate
      Inmate Medical Record
      Housing Unit Officer
      Chart Office

3-5 G3B

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES
DIVISION OF HEALTH SERVICES

PERMIT FOR SPECIAL HEALTH ITEMS

GOWANDA CORRECTIONAL FACILITY

NAME _Adams, Henry_          DIN#: _08A0597_ LOC.: _BS-6_

The following item has been issued for health/medical reasons.

ITEM: ~~Left~~ Right lower leg prosthesis (w/2½" screw) sleeve
may use ~~plastic~~ shower chair for shower purposes
2 x 2s + large bandaids

Instruction for special use: 9 socks (goes w/ prosthesis)
~~lining for prosthesis~~

This item:

☐ Is for inmate use until (date) _____ when the inmate is to return the item to the Health Services Unit.

☐ Is for inmate's use as long as inmate remains in the facility, the item is to be returned to the Health Services Unit on the inmate's departure by the pack up Officer.

☐ Is for inmate use as long as he remains in this facility.  Maintenance should be notified of the inmates' departure by the Housing Unit Officer.

☒ Is now a part of the inmate's property and should leave the facility with the inmate.

_L Roth, RN II_          _7/17/08_
Signature of Health Provider          Date

APPROVED          _[signature]_          _7/18/08_
Deputy Supt. of Security          Date

cc:
Inmate
Inmate Medical Record
Housing Unit Officer
Chart Office

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES
DIVISION OF HEALTH SERVICES

PERMIT FOR SPECIAL HEALTH ITEMS

GOWANDA CORRECTIONAL FACILITY

NAME _ADAMS , H_____ DIN#: _08A 0597_ LOC.:_____

The following item has been issued for health/medical reasons.

ITEM: ___1st floor housing only_____

Instruction for special use: _____
_____
_____

This item:

[X] Is for inmate use until (date) _indefinitely_ when the inmate is to return the item
to the Health Services Unit.

[ ] Is for inmate's use as long as inmate remains in the facility, the item is to be
returned to the Health Services Unit on the inmate's departure by the pack up
Officer.

[ ] Is for inmate use as long as he remains in this facility. Maintenance should be
notified of the inmates' departure by the Housing Unit Officer.

[ ] Is now a part of the inmate's property and should leave the facility with the
inmate.

_T allaen BSN NP_            _8/21/08_
Signature of Health Provider      Date

**APPROVED**        _____
                     Deputy Supt. of Security          Date

cc:
Inmate
Inmate Medical Record
Housing Unit Officer
Chart Office

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT)    Henry Adams JR. | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                              Signature of Server

                                        _____
                                           Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF ─────────

Henry Adams JR.

V.

G. J. Kadien superintendent
Gowanda correctional Facility

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

D.S.P.LMC. Namara
Gowanda correctional Facility
DR. Bangsii
Gowanda correctional Facility

Dr. Ronald Greco
Gowanda correctional Facility

Brian Fischer commissuner
The harriman state campus-Building
1220 Washington Ave
Albany N.Y. 12226-2050

Karen Bellamy, Director, I.G.P
The harriman state campus-Building
1220 Washington Ave
Albany N.Y. 12226-2050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

CLERK

DATE