UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HENRY ADAMS, JR.,

                              Plaintiff,                     **ORDER**

      v.

                                                          **08-CV-832F**

L. McNAMARA,
RONALD GRECO MD,
EDGAR BANGSIL,

                              Defendants.
_____

      Plaintiff has filed a *pro se* complaint under 42 U.S.C. § 1983 and has requested appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) (Doc. No. 14). This Court is required to see that all litigants receive proper representation of counsel under the criteria set forth in <u>Cooper v. A. Sargenti Co.</u>, 877 F.2d 170 (2d Cir. 1989), and <u>Hodge v. Police Officers</u>, 802 F.2d 58 (2d Cir. 1986). In addition, courts have the inherent authority to assign counsel to represent private indigent litigants. *See* <u>In re Smiley</u>, 36 N.Y.2d 433, 438 (1975).

      More importantly, each lawyer — especially those who are admitted to practice in federal court and who therefore are in a position to reap the benefits of such practice — has an ethical obligation under the Code of Professional Responsibility to provide *pro bono* services for the poor. New York Code of Professional Responsibility, Canon 2, EC 2-16; EC 2-25. "Every lawyer, regardless of professional prominence or professional workload, should find time to participate in serving the disadvantaged." EC 2-25. In addition, Rule 83.1(g) of the Local Rules of Civil Procedure provides as follows:

> Every member of the bar of this Court shall be available
> upon the Court's request for appointment to represent or
> assist in the representation of indigent parties.
> Appointments under this rule shall be made in a manner
> such that no attorney shall be requested to accept more than

one appointment during any twelve month period.

It is in this spirit that the Court assigns Feldman, Kieffer & Herman, LLP, 110 Pearl Street, Suite 400, Buffalo, New York, 14202, 716-852-5875, *pro bono*, to faithfully and diligently represent plaintiff in this case.

The Clerk of the Court is directed to copy the file in this matter and send it to Feldman, Kieffer & Herman, with a copy of this order and the Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1]

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2009
 Buffalo, New York

---

[1] This information and the forms are also available on the Court's web site at the Attorney Information link from the home page located at <http://www.nywd.uscourts.gov/>.